**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 4, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00744-CV

---

### IN RE PSYCHEMEDICS CORPORATION, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-33423**

---

## MEMORANDUM OPINION

On September 21, 2016, relator Psychemedics Corporation filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kyle Carter, presiding judge of the 125th District Court of

Harris County, to set aside his May 27, 2016 order denying relator's motion for summary judgment.

Relator has not shown that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for temporary relief.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.